JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DONALD GEREDE HADDOCK,**<br><br>         Plaintiff,<br>    v.<br>SHERIFF LUNA in his individual and official capacities,<br><br>         Defendant. | No. LA CV 24-00639-VBF-KES<br><br>**ORDER**<br><br>Dismissing Case Without Prejudice |

By Order issued May 9, 2024, the United States Magistrate Judge dismissed the complaint without prejudice, advising plaintiff that he was allowed to file a First Amended Complaint by June 7, 2024. *See* CM/ECF System Document ("Doc") 7.

After mail addressed to plaintiff was returned to the Court and plaintiff filed two address changes, *see* Docs 8-10, the Magistrate Judge issued an Order on July 5, 2024 (Doc 11), mailed to plaintiff's new address, *sua sponte* extending plaintiff's deadline to file a First Amended Complaint to August 5, 2024.

That extended August 5, 2024 deadline elapsed over one month ago and the Court has received no further filings from the plaintiff.

The case is **DISMISSED without prejudice** for lack of prosecution.

IT IS SO ORDERED.

Dated: September 6, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge